Harold E. Dana, Respondent, v. Gladys E. Dana, Appellant.— Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Lisette Deebach, as Administratrix, etc., of Charles C. Deebach, Deceased, Respondent, v. Robert Gair Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the trial court erred in submitting to the jury, as a specification of defendant's negligence, the question of defendant's employees having had and followed the custom of leaving the elevator doors open, because there was no evidence tending to establish that such custom was a proximate cause of this accident; also upon the ground that that court erred in submitting to the jury the ordinance * as a command to the defendant to have such doors closed upon the *occasion* of the accident, because such ordinance did not apply to this case, as the elevator shaft here was inclosed with brick walls and fireproof doors. Jenks, P. J., Carr, Mills and Rich, JJ., concurred; Thomas, J., dissented on the first ground only.

May Dunn, Respondent, v. Standard Gas Light Company of the City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.

Tillie Eisenberg, an Infant, by Frank Eisenberg, Her Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.

William N. Emery, Appellant, v. William P. Langevin and Hugh J. McGinley, Respondents.— Judgment and order affirmed as to defendant Langevin, with costs, but as to defendant McGinley reversed and a new trial granted, costs to abide the event, upon the ground that plaintiff's testimony, viewed most favorably to him, tended to establish all the necessary elements of an action for fraud against the defendant McGinley, and, therefore, that the complaint as to said defendant was improperly dismissed. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Edward E. Enkler, Appellant, v. Harry T. Sisson and Edward T. Sisson, Copartners, etc., Respondents.— Judgment and order of the County Court of Dutchess county reversed and new trial ordered, costs to abide the event, on the ground that the trial court erred in refusing each of the two requests to charge made by plaintiff's counsel at folios 248–250, and also in granting the request made by defendants' counsel at folios 251 and 252. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Charles Wharton Evans, Respondent, v. The Princes Bay Oyster Company, Limited, Defendant, Impleaded with Louise Werner, Appellant.— Order affirmed, with ten dollars costs and disbursements to abide the event. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

---

* See Building Code of City of New York, § 95.—[REP.